FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

*4:05cv487-WS/WCS - DANNY GONZALES, vs. LEON COUNTY DETENTION FACILITY,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DANNY GONZALES,

      vs                                              Case No.4:05cv487-WS/WCS

LEON COUNTY DETENTION FACILITY,

_____

## ORDER

Your document, **SPECIAL REQUEST OF MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS**, was referred to the undersigned with the following deficiencies:

    The document does not have an original signature or proper electronic signature.

For these reasons, IT IS ORDERED that the document shall be returned to the Plaintiff.

DONE and ORDERED this 23rd day of February, 2006.

                                                  /s William C. Sherrill
                                                UNITED STATES MAGISTRATE JUDGE